UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| IN RE: | § | CASE NO. 18-10554 |
|---|---|---|
| MAUREEN L ADAIR | § | |
| AKA MAUREEN ADAIR, MD | § | |
| *Debtor* | § | CHAPTER 11 |

## SELECT PORTFOLIO SERVICING, INC.'S AMENDED WITNESS AND EXHIBIT LIST

**Hearing on Select Portfolio Servicing, Inc.'s Motion to Dismiss
and Debtor's Objection to SPS' Proof of Claim
January 17, 2019 at 10:30 a.m.**

**Witness List:**

1. Maureen L Adair, Debtor
2. Linda Holmes, CDM Case Manager, Select Portfolio Servicing, Inc.

**Exhibit List:**

See Attached

| Ex # | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | Proof of Claim – Deutsche Bank NT/SPS filed on 8/27/2018 in BK #18-10554 (Claim No. 9-1) | | | |
| | **Bankruptcy Adversary No. 06-1140 (Bankr. W.D. Tx)** | | | |
| 2 | Docket Sheet, Adversary No. 06-1140 | | | |
| 3 | Debtor's Original Complaint to Invalidate or Determine Extent of Home Equity Lien filed 3/28/2006 (Docket No. 1) | | | |
| 4 | Long Beach Mortgage/Washington Mutual Bank Proof of Claim, BK #05-19014 (Claim No. 2-1) | | | |
| 5 | Debtors' Objection to Claim of Long Beach Mortgage Loan Trust 2001-2, BK #05-19014 (Docket No. 19) | | | |
| 6 | Agreed Order Consolidating Objection to Claim with Adversary Proceeding entered 5/18/2006, BK #05-19014 (Docket No. 37) | | | |
| 7 | Defendants Original Answer to Debtor's Original Complaint to Invalidate or Determine Extent of Home Equity Lien filed 5/15/2006, Adversary No. 06-1140 (Docket No. 14) | | | |
| 8 | Corrected Affidavit of Maureen L. Adair filed 9/12/2006, Adversary No. 06-1140 (Docket No. 30) | | | |
| 9 | Order on Motion to Dismiss and for Summary Judgement entered 11/7/2006, Adversary No. 06-1140 (Docket No. 51) | | | |
| 10 | Order Granting Judgment in favor of Defendants entered 11/29/2006, Adversary No. 06-1140 (Docket No. 56) | | | |
| | **District Court Civil Proceeding No. 1:15-cv-00395-SS (W.D. Tx.)** | | | |
| 11 | Docket Sheet, District Court Civil Proceeding No. 1:15-cv-00395-SS (W.D. Tx.) | | | |
| 12 | Plaintiff's First Amended Complaint against Deutsche Bank National Trust Company filed 10/30/2015, Case 1:15-cv-00395-SS (Docket No. 10) | | | |
| 13 | Defendant's Answer to Plaintiffs' Amended Complaint, Case 1:15-cv-00395-SS (Docket No. 13) | | | |
| 14 | Order Granting Motion for Summary Judgment for Defendants entered 5/18/2016, Case 1:15-cv-00395-SS (Docket No. 21) | | | |
| 15 | Judgment in favor of Defendants entered on 5/18/2016, Case 1:15-cv-00395-SS (Docket No. 22) | | | |

| | BK Case #18-10554 | | | |
|---|---|---|---|---|
| 16 | Proof of Claim filed by Deutsche Bank NT/SPS on 8/27/2018 (Claim No. 9-1) | | | |
| 17 | Debtor's "Objection to Proof of Claim [No. 9] Filed by Deutsche Bank National Trust Company as Trustee for Long Beach Mortgage Loan Trust 2001-2" filed on 9/21/2018 (Docket No. 45) | | | |
| 18 | SPS' Response to Debtor's Objection to Claim filed 10/22/2018 (Docket No. 50) | | | |
| 19 | SPS' Motion to Dismiss Bankruptcy Case With Prejudice to Refiling filed 12/21/2018 (Docket No. 57) | | | |
| 20 | Claims Register (WDTX BK #18-10554) | | | |
| 21 | Internal Revenue Service Proof of Claim (Claim No. 3-1) | | | |
| 22 | Schedules filed 5/29/2018 (Docket No. 11) | | | |
| 23 | Operating Report for August 2018 filed 9/25/2018 (Docket No. 47) | | | |
| | Documents | | | |
| 24 | Travis County Appraisal District Valuation of 2524 Spring Lane, Austin, TX for 2018 ($1,310,354.00) | | | |
| 25 | Broker Price Opinion (with comparable sales and listings) of 2524 Spring Lane, Austin, TX as of 10/12/2018 ($1,040,000.00) | | | |
| 26 | SPS Payoff good through 3/11/2018 ($1,485,239.04 plus unposted fees, costs & advances) | | | |
| 27 | Payment History (prior mortgage servicer records incorporated into SPS records) | | | |
| 28 | Payment History (prior mortgage servicer records incorporated into SPS records) | | | |
| 29 | Payment History (SPS) | | | |
| 30 | Texas Home Equity Fixed/Adjustable Rate Note dated May 25, 2001 | | | |
| 31 | Texas Home Equity Security Instrument - Instrument #2001089580 recorded on 06/05/2001 | | | |
| 32 | Texas Home Equity Affidavit and Agreement - Instrument #2001089581 recorded on 06/05/2001 | | | |
| 33 | Assignment of Deed of Trust - Instrument #2011156908 recorded 10/26/2011 | | | |
| 34 | Notice of Servicing Transfer to Select Portfolio Servicing, Inc. effective May 1, 2013 | | | |
| 35 | SPS Notice of Default to Borrowers dated 10/20/2013 | | | |
| 36 | SPS Notice of Acceleration to Borrowers dated 9/26/2014 | | | |

| 37 | SPS Reinstatement Notice to Borrowers dated 10/24/2016 | | | |
|----|--------------------------------------------------------|---|---|---|
| 38 | SPS Reinstatement Notice Borrowers dated 3/6/2017 | | | |
| 39 | SPS Reinstatement Notice to Borrowers dated 6/9/2017 | | | |

Respectfully submitted,

*/s/ H. Gray Burks, IV*
H. Gray Burks, IV
State Bar No. 03418320
SHAPIROSCHWARTZ, LLP
13105 Northwest Freeway, Suite 1200
Houston, Texas 77040
Tel: 713-462-2565
Fax: 847-879-4856
*Attorneys for Select Portfolio Servicing, Inc. as mortgage servicer for Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee for Long Beach Mortgage Loan Trust 2001-2*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Witness and Exhibit List has been served on the parties listed below, at the addresses indicated via electronic delivery or by deposit in the United States Mail, first-class postage pre-paid on January 11, 2019.

U.S. Mail
Maureen L Adair
2524 Spring Lane
Austin, TX 78703
*Debtor*

U.S. Mail
John B. Hertenberger
2524 Spring Lane
Austin, TX 78703
*Co-Debtor*

ECF/CM
Stephen W. Sather
Barron & Newburger, P.C.
7320 N MoPac Expy
Suite 400
Austin, TX 78731
*Attorney for Debtor*

ECF/CM
US Trustee
Office of the US Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701
*United States Trustee*

*/s/ H. Gray Burks, IV*
H. Gray Burks, IV

Additionally, all exhibits are being sent by e-mail to: Stephen W. Sather at ssather@bn-lawyers.com.