**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**



**Dated: January 16, 2019.**

_H CMott_
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No: 18-10554 |
| | § | Chapter 11 |
| MAUREEN L ADAIR | § | |
| aka MAUREEN ADAIR, MD, | § | |
| _Debtor_ | § | |

### AGREED ORDER ON MOTION TO DISMISS BANKRUPTCY CASE WITH PREJUDICE TO REFILING
### [DOCKET NO. 57]

On consideration of the "Motion to Dismiss Bankruptcy Case With Prejudice to Refiling" filed by Select Portfolio Servicing, Inc. as mortgage servicer for Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee for Long Beach Mortgage Loan Trust 2001-2 (hereinafter "SPS") (Docket No. 57), and the below agreement of the parties, it is

**ORDERED** that this case shall remain on the docket of this Court on the below ordered conditions:

**FURTHER ORDERED** that Debtor shall file a motion to convert this case to Chapter 7 within 7 days from the date of this Order. In the event Debtor does not file a motion to convert or this Court does not convert this case to Chapter 7, then this case shall be dismissed by separate Order of this Court without further notice or hearing.

**FURTHER ORDERED** that the automatic stay is hereby terminated as to SPS with respect to the property at 2524 Spring Lane, Austin, Texas 78703 (hereinafter "the Property), to allow SPS to send all notices, and foreclose on the property by not earlier than May 7, 2019, and thereafter obtain possession of the Property pursuant to State Law. SPS shall not foreclose on the Property prior to May 7, 2019.

**FURTHER ORDERED** that if this case is dismissed, dismissal shall be with prejudice to refiling for as long as Maureen L Adair retains an interest in the Property or has possession of the Property at 2524 Spring Lane, Austin, Texas 78703. If Maureen L Adair files another bankruptcy case subsequent to entry of this Order while she has possession of the Property at 2524 Spring Lane, Austin, Texas 78703, any automatic stay arising from that petition shall not go into effect with respect to SPS as to the property at 2524 Spring Lane, Austin, Texas 78703. This Order constitutes an order under Bankruptcy Code section 362(d)(4) with respect to the real property at 2524 Spring Lane, Austin, Texas 78703. SPS may record this Order in the Travis County Real Property Records.

### # # # END OF ORDER # # #

AGREED AS TO SUBSTANCE AND FORM:

*/s/ Stephen W. Sather*
Stephen W. Sather
State Bar No. 17657520
Barron & Newburger, P.C.
7320 N. MoPac Expy
Suite 400
Austin, TX 78731
Telephone (512) 476-9103 Ext 220
Facsimile (512) 476-9253
Email: ssather@bn-lawyers.com
*Attorney for Debtor, Maureen L Adair*

*Maureen L Adair*
Maureen L Adair, Debtor

*/s/ H. Gray Burks, IV*
H. Gray Burks, IV
State Bar No. 03418320
Shapiro Schwartz, LLP
13105 Northwest Freeway
Suite 1200
Houston, TX 77040
Telephone (713) 462-2565
Facsimile (847)879-4856
Email: gburks@logs.com
*Attorneys for Select Portfolio Servicing, Inc. as mortgage servicer for Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee for Long Beach Mortgage Loan Trust 2001-2*