**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 16, 2019.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No: 18-10554 |
| | § | Chapter 11 |
| MAUREEN L ADAIR | § | |
| aka MAUREEN ADAIR, MD, | § | |
| *Debtor* | § | |

**AGREED ORDER WITHDRAWING DEBTOR'S OBJECTION TO PROOF OF CLAIM [NO. 9] FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2001-2
[DOCKET NO. 45]**

On consideration of Proof of Claim No. 9, Debtor's "Objection to Proof of Claim [No. 9] filed by Deutsche Bank National Trust Company as Trustee for Long Beach Mortgage Loan Trust 2001-2" filed on September 21, 2018 (Docket No. 45) (hereinafter "the Objection to Claim"), the Response filed by Select Portfolio Servicing, Inc. as mortgage servicer for Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee for Long Beach Mortgage Loan Trust 2001-2 ("SPS") on October 22, 2018 (Docket No. 50), and the below agreement of the parties, it is

**ORDERED** that the Debtor's Objection to Claim (Docket No. 45) it hereby **withdrawn with prejudice to refiling.**

# # # END OF ORDER # # #

AGREED AS TO SUBSTANCE AND FORM:

Stephen W. Sather
State Bar No. 17657520
Barron & Newburger, P.C.
7320 N. MoPac Expy
Suite 400
Austin, TX 78731
Telephone (512) 476-9103 Ext 220
Facsimile (512) 476-9253
Email: ssather@bn-lawyers.com
*Attorney for Debtor, Maureen L Adair*

Maureen L Adair, Debtor

/s/ H. Gray Burks, IV
H. Gray Burks, IV
State Bar No. 03418320
Shapiro Schwartz, LLP
13105 Northwest Freeway
Suite 1200
Houston, TX 77040
Telephone (713) 462-2565
Facsimile (847)879-4856
Email: gburks@logs.com
*Attorneys for Select Portfolio Servicing, Inc. as mortgage servicer for Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee for Long Beach Mortgage Loan Trust 2001-2*