**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 16, 2019.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No: 18-10554 |
| | § | Chapter 11 |
| MAUREEN L ADAIR | § | |
| aka MAUREEN ADAIR, MD, | § | |
| *Debtor* | § | |

### AGREED ORDER ON MOTION TO DISMISS BANKRUPTCY CASE WITH PREJUDICE TO REFILING
### [DOCKET NO. 57]

On consideration of the "Motion to Dismiss Bankruptcy Case With Prejudice to Refiling" filed by Select Portfolio Servicing, Inc. as mortgage servicer for Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee for Long Beach Mortgage Loan Trust 2001-2 (hereinafter "SPS") (Docket No. 57), and the below agreement of the parties, it is

**ORDERED** that this case shall remain on the docket of this Court on the below ordered conditions:

**FURTHER ORDERED** that Debtor shall file a motion to convert this case to Chapter 7 within 7 days from the date of this Order. In the event Debtor does not file a motion to convert or this Court does not convert this case to Chapter 7, then this case shall be dismissed by separate Order of this Court without further notice or hearing.

**FURTHER ORDERED** that the automatic stay is hereby terminated as to SPS with respect to the property at 2524 Spring Lane, Austin, Texas 78703 (hereinafter "the Property), to allow SPS to send all notices, and foreclose on the property by not earlier than May 7, 2019, and thereafter obtain possession of the Property pursuant to State Law. SPS shall not foreclose on the Property prior to May 7, 2019.

**FURTHER ORDERED** that if this case is dismissed, dismissal shall be with prejudice to refiling for as long as Maureen L Adair retains an interest in the Property or has possession of the Property at 2524 Spring Lane, Austin, Texas 78703. If Maureen L Adair files another bankruptcy case subsequent to entry of this Order while she has possession of the Property at 2524 Spring Lane, Austin, Texas 78703, any automatic stay arising from that petition shall not go into effect with respect to SPS as to the property at 2524 Spring Lane, Austin, Texas 78703. This Order constitutes an order under Bankruptcy Code section 362(d)(4) with respect to the real property at 2524 Spring Lane, Austin, Texas 78703. SPS may record this Order in the Travis County Real Property Records.

# # # END OF ORDER # # #

AGREED AS TO SUBSTANCE AND FORM:

Stephen W. Sather
State Bar No. 17657520
Barron & Newburger, P.C.
7320 N. MoPac Expy
Suite 400
Austin, TX 78731
Telephone (512) 476-9103 Ext 220
Facsimile (512) 476-9253
Email: ssather@bn-lawyers.com
*Attorney for Debtor, Maureen L Adair*

Maureen L Adair, Debtor

/s/ H. Gray Burks, IV
H. Gray Burks, IV
State Bar No. 03418320
Shapiro Schwartz, LLP
13105 Northwest Freeway
Suite 1200
Houston, TX 77040
Telephone (713) 462-2565
Facsimile (847)879-4856
Email: gburks@logs.com
*Attorneys for Select Portfolio Servicing, Inc. as mortgage servicer for Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee for Long Beach Mortgage Loan Trust 2001-2*

```
                              United States Bankruptcy Court
                               Western District of Texas
In re:                                                            Case No. 18-10554-hcm
Maureen L Adair                                                   Chapter 11
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0542-1          User: wallacea              Page 1 of 1              Date Rcvd: Jan 16, 2019
                              Form ID: pdfintp            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2019.
db            +Maureen L Adair,    2524 Spring Lane,    Austin, TX 78703-1743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
              Deborah A. Bynum    on behalf of U.S. Trustee    United States Trustee - AU12
               deborah.a.bynum@usdoj.gov
              H. Gray Burks, IV    on behalf of Creditor   Select Portfolio Servicing, Inc. gburks@logs.com,
               nibates@logs.com
              Kay D. Brock    on behalf of Creditor    Travis County bkecf@traviscountytx.gov,
               kay.brock@traviscountytx.gov
              Kirk A. Schwartz    on behalf of Creditor    Select Portfolio Servicing, Inc. kschwartz@logs.com,
               txbkwestern@logs.com
              Stephen W. Sather    on behalf of Debtor Maureen L Adair ssather@bn-lawyers.com,
               gmagnuson@bn-lawyers.com;bbarron@bn-lawyers.com;kelliott@bn-lawyers.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                             TOTAL: 6
```