**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 16, 2019.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No: 18-10554 |
| | § | Chapter 11 |
| MAUREEN L ADAIR | § | |
| aka MAUREEN ADAIR, MD, | § | |
| *Debtor* | § | |

**AGREED ORDER WITHDRAWING DEBTOR'S OBJECTION TO PROOF OF CLAIM [NO. 9] FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2001-2
[DOCKET NO. 45]**

On consideration of Proof of Claim No. 9, Debtor's "Objection to Proof of Claim [No. 9] filed by Deutsche Bank National Trust Company as Trustee for Long Beach Mortgage Loan Trust 2001-2" filed on September 21, 2018 (Docket No. 45) (hereinafter "the Objection to Claim"), the Response filed by Select Portfolio Servicing, Inc. as mortgage servicer for Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee for Long Beach Mortgage Loan Trust 2001-2 ("SPS") on October 22, 2018 (Docket No. 50), and the below agreement of the parties, it is

**ORDERED** that the Debtor's Objection to Claim (Docket No. 45) it hereby **withdrawn with prejudice to refiling.**

### END OF ORDER ###

AGREED AS TO SUBSTANCE AND FORM:

Stephen W. Sather
State Bar No. 17657520
Barron & Newburger, P.C.
7320 N. MoPac Expy
Suite 400
Austin, TX 78731
Telephone (512) 476-9103 Ext 220
Facsimile (512) 476-9253
Email: ssather@bn-lawyers.com
*Attorney for Debtor, Maureen L Adair*

Maureen L Adair, Debtor

/s/ H. Gray Burks, IV
H. Gray Burks, IV
State Bar No. 03418320
Shapiro Schwartz, LLP
13105 Northwest Freeway
Suite 1200
Houston, TX 77040
Telephone (713) 462-2565
Facsimile (847)879-4856
Email: gburks@logs.com
*Attorneys for Select Portfolio Servicing, Inc. as mortgage servicer for Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee for Long Beach Mortgage Loan Trust 2001-2*

In re:  
Maureen L Adair  
       Debtor

Case No. 18-10554-hcm  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0542-1     User: wallacea     Page 1 of 1     Date Rcvd: Jan 16, 2019  
                     Form ID: pdfintp     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2019.  
db          +Maureen L Adair,    2524 Spring Lane,    Austin, TX 78703-1743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2019 at the address(es) listed below:  
         Deborah A. Bynum    on behalf of U.S. Trustee    United States Trustee - AU12  
          deborah.a.bynum@usdoj.gov  
         H. Gray Burks, IV    on behalf of Creditor    Select Portfolio Servicing, Inc. gburks@logs.com,  
          nibates@logs.com  
         Kay D. Brock    on behalf of Creditor    Travis County bkecf@traviscountytx.gov,  
          kay.brock@traviscountytx.gov  
         Kirk A. Schwartz    on behalf of Creditor    Select Portfolio Servicing, Inc. kschwartz@logs.com,  
          txbkwestern@logs.com  
         Stephen W. Sather    on behalf of Debtor Maureen L Adair ssather@bn-lawyers.com,  
          gmagnuson@bn-lawyers.com;bbarron@bn-lawyers.com;kelliott@bn-lawyers.com  
         United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov  
                                                                                                                                       TOTAL: 6