# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 18-10554-hcm |
| MAUREEN L. ADAIR, | § | |
| | § | Chapter 7 |
| Debtor. | § | |

## APPLICATION FOR RETENTION OF GRAVES DOUGHERTY HEARON & MOODY, PC AS COUNSEL FOR THE ESTATE PURSUANT TO 11 U.S.C. §327(a)

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

COMES NOW Ron Satija, Trustee ("Trustee"), the duly appointed and acting trustee in the above-captioned bankruptcy case, and hereby files his Application For Retention of Attorneys Pursuant to 11 U.S.C. §327(a), and would show the Court as follows:

1. The applicant is Ron Satija, Chapter 7 Trustee in this case which was filed on April 30, 2018 under Chapter 11 of the United States Bankruptcy Code and converted to Chapter 7 on February 20, 2019.

2. In this proceeding, there are legal matters requiring the services of an attorney, including but not necessarily limited to, representing and advising the Trustee in performing his due diligence with respect to liquidating the estate.

3. The Trustee seeks to employ Graves Dougherty Hearon & Moody PC ("GDHM"), as his attorneys with regards to matters related to the bankruptcy estate. It is in the best interest of the estate that GDHM, be employed to represent the Trustee as counsel. Brian T. Cumings is a Licensed Attorney in good standing with the State Bar of Texas. He has

experience in investigating and pursing claims similar to those at issue in this case. The Trustee believes that it is in the best interest of the estate to employ GDHM to represent the Trustee generally.

4. GDHM has no interest adverse to the estate. Attached hereto as **Exhibits "A" and "B"**, respectively, are the Disclosure of Compensation under 11 U.S.C. §329 and Bankruptcy Rule 2016(b) and the affidavit of Brian T. Cumings, that GDHM has no interest adverse to this estate.

5. The attorneys of GDHM will charge their normal hourly rates. The attorney who will be primarily responsible is Brian T. Cumings, whose current hourly rate is $325.00, and which may be adjusted upward at the beginning of each calendar year. Paralegals, Administrative Staff, and other attorneys will charge $20.00-$175.00. The attorneys will also be entitled to reimbursement of reasonable expenses, attached hereto as **Exhibit "C"** is the fee agreement of Brian T. Cumings. No compensation will be paid until a fee application has been filed and approved by the court, pursuant to 11 U.S.C. §330 and the requirements of any other applicable law.

6. GDHM maintains an office for practice of law at 401 Congress Avenue, Suite 2700, Austin, TX 78701, telephone (512) 480-5626, fax (512) 536-9926.

7. Attached hereto as **Exhibit "D"** is a list of other Chapter 7 cases in which Brian T. Cumings and GDHM have represented and represent Ron Satija in his capacity as Chapter 7 trustee.

2

3468945.v1

WHEREFORE PREMISES CONSIDERED, Ron Satija, Chapter 7 Trustee, prays that he be authorized to retain Graves Dougherty Hearon & Moody PC, as his attorneys, and for other just relief.

Respectfully submitted,

By: */s/ Ron Satija*
    Ron Satija, Chapter 7 Trustee

GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Facsimile: 512.536.9926
bcumings@gdhm.com

By: */s/ Brian T. Cumings*
    Brian T. Cumings

**PROPOSED COUNSEL FOR RON SATIJA, CHAPTER 7 TRUSTEE**

**CERTIFICATE OF SERVICE**

       I hereby certify that on this the 9th day of May, 2019, I electronically filed this Application with the Clerk of Court using the CM/ECF system which will send notification of such filing to those receiving electronic service, or service was made by U.S. First Class Mail as reflected below and on those not receiving electronic notice. A Notice of Employment is being mailed within two business days by U.S. First Class Mail to those listed on the current creditors matrix attached hereto and those below, if indicated by mail.

| | |
|---|---|
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd., Suite 230<br>Austin, TX 78701-2450 | Maureen Adair<br>2524 Spring Lane<br>Austin, TX 78703<br>*Debtor* |
| Ron Satija<br>Chapter 7 Trustee<br>P.O. Box 660208<br>Austin, TX 78766-7208<br>*Chapter 7 Trustee* | Stephen Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731<br>*Debtor's Counsel* |

                                            By:/s/ *Brian T. Cumings*
                                                Brian T. Cumings